AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ERIC WHITE,

    Plaintiff,

                  **V.**

CHAMPION HOME BUILDERS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  5:22-CV-73

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated January 18, 2024, Defendant Champion Home Builders, Inc.'s motion for summary judgment is granted in its entirety. Therefore, Plaintiff's complaint is dismissed, and this case stands closed.

Approved by: _____

_____
*Date*  January 19, 2-24

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*  James R. Burrell

GAS Rev 10/2020